The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TIMOTHY BLUEHORSE,<br><br>Defendant. | NO. CR22-193RSL<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |

THIS MATTER is before the Court regarding Defendant Timothy Bluehorse's conduct during the term of supervised release. The Court has reviewed the violation petitions filed by the U.S. Probation Office and convened a revocation hearing. On Thursday, March 16, 2023, in open court, Mr. Bluehorse admitted to violation 2.

THE COURT FINDS that Mr. Bluehorse knowingly, intelligently, and voluntarily admitted to violations 2 and that the violations have been committed.

THE COURT FINDS that Mr. Bluehorse knowingly, intelligently and voluntarily waived a contested evidentiary hearing regarding violation 1 and finds that based upon the documentation provided by U.S. Probation, Mr. Bluehorse committed violation 1.

ORDER - 1
*United States v. Bluehorse* / CR22-193RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Mr. Bluehorse's term of supervised release be continued on the existing terms of supervision. For the reasons stated on the record at the March 16, 2023 hearing, it is further ordered that the special condition requiring location monitoring be amended to the following:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite for a period of 30 days. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

All other conditions of supervised release are to remain in effect.

DATED this 17th day of March, 2023.

_____
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Sara Brin*
Assistant Federal Public Defender
Attorney for Timothy Bluehorse

*s/ Jocelyn Cooney*
Assistant United States Attorney

ORDER - 2
*United States v. Bluehorse* / CR22-193RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970